1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8934
       Facsimile: (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| KATHRYN GOMEZ, ) | |
| ) | CIVIL NO. 1:07-CV-00854-DLB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Opening Brief. The current due date for the Commissioner's responsive brief is March 3, 2008. The new due date will be April 2, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 3, 2008 | /s/ *Young Cho* <br> (As authorized via email) <br> YOUNG CHO <br> Attorney for Plaintiff |
| Dated: March 3, 2008 | McGREGOR W. SCOTT <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *Shea Lita Bond* <br> SHEA LITA BOND <br> Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

IT IS SO ORDERED.

Dated: **March 4, 2008**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE