Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, California 90670-4756
Tel: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHRYN GOMEZ, | Case No.: 1:07-CV-00854-DLB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 14 days to respond to Defendant's motion to dismiss. The

current due date for Plaintiff's responsive brief is May 16, 2008.  The new due date will be May 30, 2008

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

DATE:  May 16, 2008        Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                              BY:_____/s/_____
                                Young Cho
                                Attorney for plaintiff KATHRYN GOMEZ

DATE:  May 16, 2008        McGREGOR W. SCOTT
                                United States Attorney

                             By: _/s/ - *Shea Lita Bond by Young Cho*_
                                SHEA LITA BOND
                                Special Assistant U.S. Attorney for Defendant
                                Commissioner of Social Security
                                Michael J. Astrue

                                [*By email authorization on May 16, 2008]

IT IS SO ORDERED.

    **Dated:   May 22, 2008**            **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE