McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| KATHRYN GOMEZ, | ) |
|     Plaintiff, | ) Case No. 1:07-CV-00854-DLB |
|     v. | ) **STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and** |
| MICHAEL J. ASTRUE, | ) |
|     Commissioner of Social Security, | ) **REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |
|     Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

The Appeals Council will assign this case to a different ALJ. On remand, the ALJ will consider the issues raised in Plaintiff's June 2004 application for Title XVI benefits. The ALJ will perform the development ordered in the Appeals Council's remand order dated August 4, 2005. The August 4, 2005 order directed the ALJ to: obtain additional information concerning Claimant's impairments, including updated records from her treating medical sources; further

Stipulation and Order for Remand.
1:07-CV-00854-DLB

evaluate Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. 416.920a; further consider Plaintiff's residual functional capacity (RFC); obtain vocational expert testimony to determine whether Plaintiff can perform work given her RFC; and ask the vocational expert whether the testimony provided is consistent with the Dictionary of Occupational Titles.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 16, 2008         /s/ *Young Cho*
                             (As authorized via email)
                             YOUNG CHO
                             Attorney for Plaintiff

Dated: July 16, 2008         McGREGOR W. SCOTT
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             /s/ *Shea Lita Bond*
                             SHEA LITA BOND
                             Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **July 18, 2008**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE